# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - X

STEPHEN VINSON,

                   Plaintiff,

        - against -      Index No.
                          15CV1452
                          (ILG)(RER)

THE CITY OF NEW YORK, VICTOR ENG,
IGOR BONDARENKO, and "JOHN DOE"
# 1 -3 in Their Individual Capacities
and in Their Official Capacities,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - X

                   485 Madison Avenue
                   New York, New York

                   November 17, 2016
                   10:43 a.m.

     DEPOSITION of THE CITY OF NEW YORK, a
Defendant, by LIEUTENANT MATTHEW SPANO, in the
above-entitled action, taken by the Plaintiff
pursuant to Federal Rules of Civil Procedure and
Order, held at the above time and place before Lisa
Paciullo, a Shorthand Reporter and Notary Public of
the State of New York.

```
 2   A P P E A R A N C E S :
 3
        MICHELSTEIN & ASSOCIATES PLLC
 4      Attorneys for Plaintiff
            485 MADISON AVENUE   SUITE 1300
 5          NEW YORK, NEW YORK 10022
 6      BY:  EUGENE M. BELLIN, ESQ.
 7
 8
        ZACHARY W. CARTER, ESQ.
 9      CORPORATION COUNSEL OF THE
        CITY OF NEW YORK
10          100 Church Street   Room 3-187
            New York, New York 10007
11
        BY:  DEBORAH L. MBABAZI, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    LT. M. SPANO
 2        A     July 1, 1998.
 3        Q     How old are you?
 4        A     Forty.
 5              MS. MBABAZI:  Objection.
 6        Q     What is your current rank?
 7        A     Lieutenant.
 8        Q     When were you promoted to lieutenant?
 9        A     November of 2009.
10              MS. MBABAZI:  Objection.
11        Q     What are your current duties as a
12   lieutenant?
13        A     I am the Brooklyn Borough Court Liaison.
14        Q     Do you perform your duties as Brooklyn
15   Borough Court Liaison at 120 Schermerhorn Street?
16        A     Yes, I do.
17        Q     What is located at 120 Schermerhorn
18   Street?
19        A     That is the Brooklyn Criminal Court
20   building.
21        Q     How long have you been the Brooklyn
22   Borough Court Liaison?
23        A     Approximately seven years.
24        Q     What are your duties as Brooklyn Borough
25   Court Liaison?
```

```
 1                    LT. M. SPANO
 2        A    I cooperate with the Kings County District
 3   Attorney's office, the Office of Court
 4   Administration, and the NYPD to ensure that arrests
 5   are processed.
 6             MR. BELLIN:  Could you read that back for
 7        me please?
 8             (Whereupon, the requested answer
 9        was read back by the reporter.)
10        Q    What do you mean when you say to ensure
11   that arrests are processed?
12        A    That the responsibilities of a Court
13   Section are met and that we cooperate with the other
14   agencies to ensure that we're following their
15   guidelines.
16        Q    Well, what are the obligations of the
17   Court section?
18        A    To have the prisoner brought before the
19   judge for arraignment.
20        Q    In your role as Brooklyn Borough Court
21   Liaison, do you supervise other police officers?
22        A    Yes.
23        Q    In terms of either job titles or duties,
24   what police officers do you supervise?
25        A    I supervise the police officers in the --
```

```
 1                LT. M. SPANO
 2         So to define what I'm speaking of
 3    responsibilities-wise, it's what the NYPD is
 4    responsible for in that process.
 5         Q    When a person who has been arrested is
 6    hospitalized before arraignment, is it your
 7    responsibility to ensure that that person is
 8    arraigned before a judge or is brought before a
 9    judge?
10              MS. MBABAZI:  Objection.
11         A    Are you asking if it's my personal
12    responsibility or is it the responsibility of the
13    Brooklyn Court Section?
14         Q    Well, let's start with your personal
15    responsibility.
16         A    No.
17         Q    Whose responsibility is it?
18         A    It's collectively the members of the
19    Brooklyn Court Section.
20         Q    Is it accurate to say that you supervise
21    the Brooklyn Court Section?
22         A    No.
23         Q    In December of 2013 and January of 2014,
24    who supervised the Brooklyn Court Section?
25              MS. MBABAZI:  Objection.
```

```
                       LT. M. SPANO
```

1
2      A     The commanding officer.
3      Q     Who was the commanding officer of the
4  Brooklyn Court Section in December of 2013 and
5  January of 2014?
6      A     I believe it was Captain William Tobin,
7  T-O-B-I-N.
8      Q     Are you familiar with procedure number
9  210-05 of the New York City Police Department patrol
10 guide?
11     A     I would need to see it.
12           MR. BELLIN:  Could we have this document
13      consisting of two pages bearing Bates stamp
14      SV0016 and SV0017 marked as Plaintiff's Exhibit
15      16 for identification?
16           (Whereupon, a two-page document was
17      marked Plaintiff's Exhibit 16 for
18      identification, as of this date.)
19     Q     I'm going to ask you to look at the
20 document that's been marked as Plaintiff's Exhibit
21 16 for identification.
22           (Whereupon, witness reviews
23      document.)
24     Q     What is Plaintiff's Exhibit 16 for
25 identification?

```
 1                    LT. M. SPANO
 2   officers that clock officers in and out of court.
 3        Q    Is Captain William Tobin currently the
 4   commander of the Brooklyn Borough Court Section?
 5        A    Yes.
 6        Q    Did Captain William Tobin supervise the
 7   desk officers in the Brooklyn Borough Court Section
 8   in December of 2013 and January of 2014?
 9             MS. MBABAZI:    Objection.
10        A    I can't answer as to the Captain's duties.
11        Q    In your duties as Borough Court Liaison,
12   did you ever schedule a hospital arraignment?
13        A    No.
14        Q    Was there an employee in the Brooklyn
15   Borough Court Section who was responsible for
16   scheduling hospital arraignments?
17        A    No.
18        Q    How would a hospital arraignment be
19   scheduled in December of 2013 and January of 2014?
20        A    The Office of Court Administration is
21   responsible for bedside arraignments.
22        Q    The period that I've been asking about,
23   how did the Office of Court Administration learn
24   that a hospital arraignment was required?
25             MS. MBABAZI:    Objection.
```

```
 1                    LT. M. SPANO
 2       A    In my experience, a member of the NYPD
 3  from the -- what we call the operations room --
 4  would alert them that someone was in the hospital
 5  and would be eligible for a bedside arraignment or
 6  someone from the Office of Court Administration
 7  would inquire with us about a prisoner that could
 8  possibly be bedside arraigned.
 9            MS. MBABAZI:  Could you just read back the
10       beginning of that response?
11            (Whereupon, the requested portion
12       was read back by the reporter.)
13       Q    Where was the operations room that you
14  referred to located?
15       A    Room 207.
16       Q    Was that at 120 Schermerhorn Street?
17       A    Yes, sir.
18       Q    Who worked in the operations room?
19            MS. MBABAZI:  Objection.
20       A    Who worked there in the time frame you're
21  talking?
22       Q    Yes.
23       A    A desk officer, the person we call the
24  arrest expediter who monitors times of arrests and
25  then there are civilian members that process the
```

```
 1                    LT. M. SPANO
 2   paperwork.
 3       Q    What does the arrest expediter do?
 4       A    They monitor the zOLPA system and monitor
 5   the times.
 6       Q    For what purpose?
 7       A    To ensure that people are arraigned in a
 8   timely manner.
 9       Q    Would the desk officer in the operations
10   room be the same desk officer that previously you
11   referred to?
12       A    Yes.
13       Q    How many different desk officers were
14   there in December of 2013 and January of 2014 --
15            MS. MBABAZI:  Objection.
16       Q    -- in the operations room at 120
17   Schermerhorn Street?
18       A    Are you asking about the particular
19   timeframe, meaning the month?
20       Q    Yes.
21       A    There is generally one desk officer or one
22   Platoon Commander working in that room.
23       Q    Do they work in eight hour shifts?
24       A    Yes.
25       Q    How many shifts were there for that room?
```

```
                    LT. M. SPANO
     A     There are three shifts.
     Q     So there would be three different desk
officers in a 24 hour period?
     A     There can be, yes.
     Q     Plus there would be a Platoon Commander?
     A     They could be one and the same.
     Q     Was Captain William Tobin the Platoon
Commander or is that a different title?
     A     Different title.
     Q     What was Captain Tobin's title?
     A     He's the commanding officer of the
Brooklyn Court Section.
     Q     In the period that we're talking about,
were hospital arraignments ever conducted in
Lutheran Medical Center?
     A     I cannot answer that.
     Q     In the period we're talking about, were
hospital arraignments conducted in any hospitals?
     A     I can't answer to that.
     Q     Why not?
     A     Because that wouldn't be in my knowledge.
It would be the Office of Court Administration that
would have arranged for them and I don't have
knowledge of independent arraignments.
```

1                    LT. M. SPANO
2      was marked Plaintiff's Exhibit 17 for
3      identification, as of this date.)
4           (Whereupon, witness reviews
5      document.)
6       Q    What is Plaintiff's Exhibit 17 for
7  identification?
8       A    This looks like it's an O-L-P-A online
9  arrest processing printout.
10      Q    Is this a copy of the document that you
11 reviewed before this deposition?
12      A    Different format, but yes.
13      Q    Does Plaintiff's Exhibit 17 for
14 identification refer to a specific individual?
15      A    Yes.
16      Q    Who does it refer to?
17      A    Vinson Stephen.
18      Q    That would be Vinson being the last name
19 and Stephen being the first name?
20      A    Yes, V-I-N-S-O-N is the surname.
21      Q    What information is conveyed in
22 Plaintiff's Exhibit 17 for identification?
23      A    The time stamps for the arrest in the
24 zOLPA system.
25      Q    I'm going to draw your attention to the

Case 1:16-cv-06934-ILG-SJB   Document 23-2   Filed 05/19/17   Page 13 of 14 PageID #: 267

Page 34
November 17, 2016

```
 1                    LT. M. SPANO
 2   portion under notes.
 3        A    Okay.
 4        Q    Do you know who created those notes?
 5        A    The document shows the rank and name of
 6   the officer that made the individual note.  There
 7   are multiple notes.
 8        Q    Before you saw another version of the
 9   O-L-P-A during your preparation for this deposition,
10   had you ever heard of Stephen Vinson?
11        A    No, sir.
12        Q    Have you ever seen any version of the
13   O-L-P-A for Stephen Vinson?
14        A    No.
15        Q    What do the letters P-O-M stand for?
16        A    Where am I looking?
17        Q    Look at the last page.
18             (Witness complies.)
19        A    Police officer male.
20        Q    There would be an entry of P-O-F for a
21   female officer?
22        A    Yes.
23        Q    If after an arrested individual is in a
24   hospital in intensive care, can that individual be
25   fingerprinted?
```

Jay Deitz Associates - Court Reporting Services
212-374-7700      516-678-0700      718-527-7700      fax: 516-678-4488

```
 1                    LT. M. SPANO
 2        A     In my experience, it's the discretion of
 3   the doctor or attending nurses, the medical staff.
 4        Q     Can a person be arraigned in a hospital
 5   while they're in intensive care?
 6        MS. MBABAZI:   Objection.
 7        A     That would be the knowledge of the Office
 8   of Court Administration.
 9        Q     In your experience, have prisoners been
10   arraigned in a hospital while in intensive care?
11        A     Not to my knowledge.  I don't know what
12   their medical condition was at the time of
13   arraignment.
14        Q     Do you know Lieutenant Michael Delaney?
15        A     Yes.
16        Q     Was he working in the Brooklyn Borough
17   Court Section in December of 2013 and January of
18   2014?
19        A     Yes.  According to this sheet his name is
20   listed as making a note, so yes.
21        Q     Is he still employed in the Brooklyn
22   Borough Court Section?
23        A     No, he is not.
24        Q     Is he still employed by the New York City
25   Police Department?
```