# EXHIBIT 5

## Lutheran Medical Center
### Brooklyn, New York 11220
# Critical Care/Progressive Care Nursing Record

Side 1 of 4

**Patient's Name:** VINSON, STEPHEN
**Sex:** M
**DOB:**
**Admit Date:** 12/22/2013
**Loc:** SCU 4202P
**Dr:** 9928 TRAUMA, NEMR

**IMPORTANT:**
1. Provider, sign your name, enter date and time.
2. DO NOT USE the following abbreviations: U, IU, QD, QOD, MS, MSO4, MgSO4, μ (write "micro"), use 0.1 not .1 ; use 2 not 2.0

### 1. PHYSICAL ASSESSMENT

| Date | Time | Shift | |
|---|---|---|---|
| 12/24/13 | 8:15A | ☒ AM ☐ PM | (To be completed at least once per shift) |

Location: ☐ ICU ☐ MICU ☒ SICU ☐ CCU ☐ Respiratory Stepdown ☐ Intermediate ☐ PCI Unit ☐ Post Op

**Activity:** CMV
☒ Clinical alarms reviewed and individualized

**NEUROLOGICAL** ☐ See Neurological Flowsheet
- **LOC: Responsiveness:** ☒ Alert ☐ Pain ☐ Verbal ☐ Unresponsive
- **Orientation:** ☒ Person ☒ Place ☒ Time
- **Speech:** ☒ Coherent ☐ Incoherent ☐ Slurred ☐ Aphasic ☐ Intubated/Trach
- **Grips: Right:** ☒ Moves Spontaneously to Commands — ☐ Strong ☐ Weak ☐ Flaccid ☐ Contracted ☐ N/A
- **Grips: Left:** ☒ Moves Spontaneously to Commands — ☐ Strong ☐ Weak ☐ Flaccid ☐ Contracted ☐ N/A
- **Pupils Right:** ☒ Reactive ☐ Fixed ☐ Dilated ☐ Constricted ☐ N/A  **Size:** 4mm
- **Pupils Left:** ☒ Reactive ☐ Fixed ☐ Dilated ☐ Constricted ☐ N/A  **Size:** 4mm

**CARDIOVASCULAR** ☒ See Vascular Flowsheet
- **DVT Prophylaxis:** ☒ Mechanical ☐ Pharmacology
- **Edema:** ☐ Absent ☒ Present
- **PULSES:** Palpable — RADIAL: ☒ Right ☒ Left   DORSALIS PEDIS: ☒ Right ☒ Left   POST TIBIAL: ☒ Right ☒ Left
  - Doppler — ☐ Right ☐ Left ☐ Right ☐ Left ☐ Right ☐ Left
  - Absent — ☐ Right ☐ Left ☐ Right ☐ Left ☐ Right ☐ Left
- **PACEMAKER:** ☐ Temporary Milliamperes ___ Rate ___ ☐ Permanent ☐ AICD ☐ AICD/Pacemaker

**HEMODYNAMIC MONITORING** ☒ N/A
- **Arterial LINE via** R-RadiaI ☐ Insertion Date 11/23
- ☒ Distal Circulation Intact
- ☒ Square Wave test completed
- **PULM ART CATH via** ___ ☐ Insertion Date
- ☐ Balloon Inflation for PCWP
- ☐ Square Wave test completed

**PULMONARY**
- **Respirations:** ☒ Symmetrical ☒ Nonlabored ☐ Labored ☐ Accessory Muscle Use ☐ Other*
- **Breath Sounds:** ☒ Bilaterally Clear ☐ Other* ☐ Wheezes* ☐ Rales* ☐ Diminished* ☐ Rhonchi* ☐ Absent*
- **Airway: Endotracheal** ☐ Oral ☐ Nasal **Trach** ☐ Trach Care   ☐ Ventilator ☐ VAP Bundle ☐ Settings Checked Against Orders ☐ Noninvasive Ventilator
- **Size:** N/A  **Level:**  **Size:**
- ☐ Cannula  N/A  ☐ Mask ___ ☐ T Piece ☐ Other
- **Cough:** ☐ Requires Suctioning* ☒ Productive ☐ Nonproductive
- **Chest Tubes Anterior:** ☒ N/A ☐ Right ☐ Left — ☐ Gravity ☐ Low Cont. Suction + ___ cm ☐ No Air Leak ☐ Fluctuates with Respirations
- **Chest Tubes Posterior:** ☒ N/A ☐ Right ☐ Left — ☐ Gravity ☐ Low Cont. Suction + ___ cm ☐ No Air Leak ☐ Fluctuates with Respirations

**GASTROINTESTINAL**
- **NGT:** ☐ To Suction ☐ To Gravity ☐ Peg ☐ Clamped ☐ Placement Checked ☐ Other
- **Drainage Color:** Black ☐ Green ☐ Brown ☐ Other*
- **Abdomen:** ☒ Soft ☐ Tender  ☒ Distended ☐ Other*
- **Bowel Sounds:** ☐ Absent* ☒ Present
- **Incontinent:** ☐ Stool ☐ Fecal Incontinent System ___ Ostomy
- **PAIN SCALE (0-10):** 5/10  **Location:** (2)LE/abd  **Quality:** throbbing

**SKIN:** ☒ Warm ☒ Dry ☐ Other*
- **Pressure Ulcer:** ☐ Yes* ☒ No
- ☒ Turned at least every 2 hours
- ☒ Moves Independently

**PRECAUTIONS:** ☐ Seizure ☐ Aspiration ☐ Other* ☒ High Risk

**GENITOURINARY:** ☒ Voiding ☐ Incontinent ☒ Foley care ☐ Other* ☐ Foley D/C'd* ☐ Due to void
- **Urine:** ☒ Clear ☐ Cloudy ☒ Yellow ☐ Concentrated ☐ Hematuria
- **Dialysis:** ☐ Peritoneal ☐ Hemodialysis

**Isolation:** ☐ Airborne ☐ Droplets ☐ Contact

*RN note required   Pupil Size (mm): 2 3 4 5 6 7 8 9

**RN Signature:** Benna Filmonor
**Print Name:** Benna Filmonor

Form 1972 (Rev. 10/15/2010)

SV0225

# Lutheran Medical Center
Brooklyn, New York 11220
## Critical-Care/Progressive Care Nursing Record

Side 3 of 4

**Patient's Name:** VINSON, STEPHEN
**Sex:** M  **DOB:**
**Admit Date:** 12/22/2013
**Loc:** SCU 4202P  **Ch Loc:**
**Dr:** 9928 TRAUMA, NEMR

**IMPORTANT:**
1. Provider, sign your name; enter date and time.
2. DO NOT USE the following abbreviations: U, IU, QD, QOD, MS, MSO4, MgSO4, μ (write "micro"), use 0.1 not .1 ; use 2 not 2.0

### I. PHYSICAL ASSESSMENT

**Date:** 12/24/13  **Time:** 8p  **Shift:** ☒PM  [To be completed at least once per shift]

Location: ☒SICU

**Activity:** CBR

☒ Clinical alarms reviewed and individualized

**NEUROLOGICAL** — ☒ See Neurological Flowsheet
- **LOC: Responsiveness:** ☒ Alert
- **Orientation:** ☒ Person, ☒ Place, ☒ Time
- **Speech:** ☒ Coherent
- **Grips: Right:** ☒ Moves Spontaneously to Commands, ☒ Strong
- **Grips: Left:** ☒ Moves Spontaneously to Commands, ☒ Strong
- **Pupils: Right:** ☒ Reactive, Size 3mm
- **Pupils: Left:** ☒ Reactive, Size 3mm

**CARDIOVASCULAR**
- **DVT Prophylaxis:** ☒ Mechanical
- **Edema:** ☒ Present — general
- **PULSES:** Doppler — RADIAL: ☒ Right; DORSALIS PEDIS: ☒ Right, ☒ Left; POST TIBIAL: ☒ Right, ☒ Left

**HEMODYNAMIC MONITORING**
- Arterial LINE via R radial
- ☒ Distal Circulation Intact
- ☒ Square Wave test completed

**PULMONARY**
- **Respirations:** ☒ Symmetrical
- **Breath Sounds:** ☒ Bilaterally Clear
- **Cough:** ☒ Productive

**Chest Tubes Anterior:** ☒ N/A
**Chest Tubes Posterior:** ☒ N/A

**GASTROINTESTINAL**
- **Abdomen:** ☒ Distended, ☒ Other* wound dsg
- **Bowel Sounds:** ☒ Present
- **PAIN SCALE (0-10):** 4/10

**SKIN:** ☒ Warm
- **Pressure Ulcer:** ☒ No
- ☒ Moves Independently

**PRECAUTIONS:** ☒ High Risk

**GENITO URINARY:** ☒ Foley care
- **Urine:** ☒ Yellow

**Pupil Size (mm):** 2 3 4 5 6 7 8 9

**RN Signature:** Anne K  **Print Name:** A-K

**Lutheran Medical Center**
Brooklyn, New York 11220

## Critical-Care/Progressive Care Nursing Record

Side 1 of 4

**Patient's Name:** VINSON, STEPHEN
**Sex:** M   **DOB:**
**Admit Date:** 12/22/2013
**Loc:** SCU 4202P   **Ch Loc:**
**Dr:** 9928 TRAUMA, NEMR

**IMPORTANT:**
1. Provider, sign your name; enter date and time.
2. DO NOT USE the following abbreviations: U, IU, QD, QOD, MS, MSO4, MgSO4, μ (write "micro"), use 0.1 not .1 ; use 2 not 2.0

### I. PHYSICAL ASSESSMENT

**Date:** 12/25/13   **Time:** 840A   **Shift:** ☒ AM ☐ PM   [To be completed at least once per shift]

Location: ☐ ICU ☐ MICU ☒ SICU ☐ CCU ☐ Respiratory Stepdown ☐ Intermediate ☐ PCI Unit ☐ Post Op

**Activity:** CIB IV

☐ Clinical alarms reviewed and individualized

**NEUROLOGICAL**
- ☐ See Neurological Flowsheet
- LOC: Responsiveness — ☒ Alert ☐ Pain ☐ Verbal ☐ Unresponsive
- Orientation — ☒ Person ☒ Place ☐ Time
- Speech — ☒ Coherent ☐ Incoherent ☐ Slurred ☐ Aphasic ☐ Intubated/Trach
- Grips: Right — ☒ Moves Spontaneously to Commands ☐ Strong ☒ Weak ☐ Flaccid ☐ Contracted ☐ N/A
- Grips: Left — ☒ Moves Spontaneously to Commands ☐ Strong ☒ Weak ☐ Flaccid ☐ Contracted ☐ N/A
- Pupils: Right — ☒ Reactive ☐ Fixed ☐ Dilated ☐ Constricted ☐ N/A   Size: 3MM
- Pupils: Left — ☒ Reactive ☐ Fixed ☐ Dilated ☐ Constricted ☐ N/A   Size: 3MM

**CARDIOVASCULAR**
- ☐ See Vascular Flowsheet
- DVT Prophylaxis: ☒ Mechanical ☒ Pharmacology
- Edema: ☐ Absent ☒ Present*
- PULSES: Palpable / Doppler / Absent*
  - RADIAL: ☒ Right ☒ Left
  - DORSALIS PEDIS: ☒ Right ☒ Left
  - POST TIBIAL: ☒ Right ☒ Left
- PACEMAKER: ☐ Temporary Milliamperes ___ Rate ___ ☐ Permanent ☐ AICD ☐ AICD/Pacemaker

**HEMODYNAMIC MONITORING** ☐ N/A
- Arterial LINE via: R Radial   ☐ Insertion Date 12/23
- ☐ Distal Circulation Intact
- ☐ Square Wave test completed
- PULM ART CATH via ___   Balloon Inflation for PCWP ___   ☐ Insertion Date ___   ☐ Square Wave test completed

**PULMONARY**
- Respirations: ☒ Symmetrical ☒ Nonlabored ☐ Labored ☐ Accessory Muscle Use ☐ Other*
- Breath Sounds: ☒ Bilaterally Clear ☐ Other* ☐ Wheezes* ☐ Rales* ☐ Diminished* ☐ Rhonchi* ☐ Absent*
- Airway: Endotracheal ☐ Oral ☐ Nasal   Size ___ Level ___
- Trachea ☐ Trach Care   Size ___
- ☐ Ventilator ☐ VAP Bundle ☐ Settings Checked Against Orders ☐ Noninvasive Ventilator
- ☐ Cannula ___ ☐ Mask ___   ☐ T-Piece ___ ☐ Other ___
- Cough: ☐ Requires Suctioning* ☒ Productive ☒ Nonproductive
- Chest Tubes Anterior ☒ N/A ☐ Right ☐ Left ☐ Gravity ☐ Low Cont. Suction + ___ cm ☐ No Air Leak ☐ Fluctuates with Respirations
- Chest Tubes Posterior ☐ N/A ☐ Right ☐ Left ☐ Gravity ☐ Low Cont. Suction + ___ cm ☐ No Air Leak ☐ Fluctuates with Respirations

**GASTROINTESTINAL**
- NGT ☐ To Suction ☐ To Gravity ☐ Peg
- Drainage Color: Brown/Tate
- ☐ Clamped ☐ Placement Checked ☐ Other ___ ☐ Green ☐ Brown ☐ Other*
- Abdomen: ☐ Soft ☐ Tender ☒ Distended ☐ Other*
- Bowel Sounds: ☐ Absent* ☒ Present
- Incontinent: ☐ Stool ☐ Fecal Incontinent System ___ Ostomy
- PAIN SCALE (0-10): 2/10   Location: Abd   Quality: ___

**SKIN**
- ☒ Warm ☒ Dry ☐ Other*
- Pressure Ulcer: ☐ Yes* ☒ No
- ☒ Turned at least every 2 hours ☐ Moves Independently

**PRECAUTIONS**
- ☐ Seizure ☐ Aspiration ☐ Other* ☒ High Risk

**GENITO URINARY**
- ☐ Voiding ☐ Incontinent ☒ Foley care ☐ Other* ☐ Foley D/C'd* ☐ Due to void
- Urine: ☒ Clear ☐ Cloudy ☒ Yellow ☐ Concentrated ☐ Hematuria
- Dialysis: ☐ Peritoneal ☐ Hemodialysis

**Isolation:** ☐ Airborne ☐ Droplets ☐ Contact

*RN note required   Pupil Size (mm): 2 3 4 5 6 7 8 9

**RN Signature:** Bernina Almonor
**Print Name:** Bernina Almonor

Form 1972 (Rev. 10/15/2010)

## Lutheran Medical Center
Brooklyn, New York 11220

### Critical-Care/Progressive Care Nursing Record

Side 3 of 4

Patient's Name (Last,): VINSON, STEPHEN
Sex: M  DOB: [redacted]
Admit Date: [redacted]
Loc: SCU 4202P  Ch Loc:
Dr: 9928 TRAUMA, NEMR

**IMPORTANT:**
1. Provider, sign your name; enter date and time.
2. DO NOT USE the following abbreviations: U, IU, QD, QOD, MS, MSO4, MgSO4, μ (write "micro"), use 0.1 not .1 ; use 2 not 2.0

### I. PHYSICAL ASSESSMENT

Date: 25/12   Time: 8P   Shift: ☒ PM   [To be completed at least once per shift]

Unit: ☒ SICU
☒ Clinical alarms reviewed and individualized

Activity: ____

**NEUROLOGICAL**  ☒ See Neurological Flowsheet
- LOC: Responsiveness: ☒ Alert
- Orientation: ☒ Person  ☒ Place  ☒ Time
- Speech: ☒ Coherent
- Grips: Right ☒ Moves Spontaneously to Commands  ☒ Strong
- Grips: Left ☒ Moves Spontaneously to Commands  ☒ Strong
- Pupils: Right ☒ Reactive  Size: 2mm
- Pupils: Left ☒ Reactive  Size: 2mm

**CARDIOVASCULAR**
- DVT Prophylaxis: SCD's ☒ Mechanical   ☒ Pharmacology Heparin SQ
- Edema: ☒ Absent
- PULSES: Palpable — RADIAL: ☒ Right ☒ Left; DORSALIS PEDIS: ☒ Right ☒ Left; POST TIBIAL: ☒ Right ☒ Left
- PACEMAKER: N/A

**HEMODYNAMIC MONITORING**
- Arterial LINE via ®radial  Insertion Date 23/12
- ☒ Distal Circulation Intact
- ☒ Square Wave test completed
- PULM ART CATH via N/A

**PULMONARY**
- Respirations: ☒ Symmetrical  ☒ Nonlabored
- Breath Sounds: ☒ Bilaterally Clear
- Airway: Endotracheal Size N/A
- Trachea size N/A
- ☒ Cannula 2L O2
- Cough: N/A

**Chest Tubes** Anterior ☒ N/A    Posterior ☒ N/A

**GASTROINTESTINAL**  NGT Other N/A
- Abdomen: ☒ Soft ☒ Tender  ☒ Distended
- Bowel Sounds: ☒ Present
- Incontinent: N/A
- Ostomy: N/A
- PAIN SCALE (0-10): 2/10   Location: Abdomen   Quality: sharp

**SKIN**
- ☒ Warm  chlorhex. bath
- ☒ Dry
- Pressure Ulcer: ☒ No
- ☒ Moves Independently

**PRECAUTIONS**: ☒ High Risk
- GENITO URINARY: ☒ Foley care
- Isolation: N/A
- Urine: ☒ Clear  ☒ Yellow
- Dialysis: N/A

RN Signature: [signature] RN
Print Name: Aaron J Cmw RN

**Lutheran Medical Center**
Brooklyn, New York 11220
Side 1 of 4

## Critical-Care/Progressive Care Nursing Record

**IMPORTANT:**
1. Provider, sign your name; enter date and time.
2. DO NOT USE the following abbreviations: U, IU, QD, QOD, MS, MSO4, MgSO4, μ (write "micro"), use 0.1 not .1; use 2 not 2.0

**Patient Information Label**
MR #: [redacted]
Acct #: [redacted]
Name: VINSON, STEPHEN
Sex: M  DOB: [redacted]
Admit Date: 12/22/2013
Loc: SCU 4202P  Ch Loc:
Dr: 9928 TRAUMA, NEMR

Birth Date: ___

### I. PHYSICAL ASSESSMENT

Date: 26/12  Time: 8  Shift: ☒ AM ☐ PM  [To be completed at least once per shift]

☐ ICU ☐ MICU ☒ SICU ☐ CCU ☐ Respiratory Stepdown
☐ Intermediate ☐ PCI Unit ☐ Post Op

Activity: OBR
☒ Clinical alarms reviewed and individualized

**NEUROLOGICAL**
☒ See Neurological Flowsheet
LOC: Responsiveness: ☒ Alert ☐ Pain ☒ Verbal ☐ Unresponsive
Orientation: ☒ Person ☒ Place ☒ Time
Speech: ☒ Coherent ☐ Incoherent ☐ Slurred ☐ Aphasic ☐ Intubated/Trach
Grips: Right ☒ Moves Spontaneously to Commands ☐ Strong ☐ Weak ☐ Flaccid ☐ Contracted ☐ N/A
Grips: Left ☒ Moves Spontaneously to Commands ☐ Strong ☐ Weak ☐ Flaccid ☐ Contracted ☐ N/A
Pupils: Right ☐ Reactive ☐ Fixed ☐ Dilated ☐ Constricted ☐ N/A Size: ___
Pupils: Left ☐ Reactive ☐ Fixed ☐ Dilated ☐ Constricted ☐ N/A Size: ___

**CARDIOVASCULAR**
☐ See Vascular Flowsheet
DVT Prophylaxis: ☒ Mechanical ☒ Pharmacology
Edema: ☐ Absent ☒ Present*
PULSES: Palpable / Doppler / Absent*
RADIAL: ☒ Right ☒ Left / ☐ Right ☐ Left / ☐ Right ☐ Left
DORSALIS PEDIS: ☒ Right ☒ Left / ☐ Right ☐ Left / ☐ Right ☐ Left
POST TIBIAL: ☒ Right ☒ Left / ☐ Right ☐ Left / ☐ Right ☐ Left
PACEMAKER: ☐ Temporary Milliamperes ___ Rate ___ ☐ Permanent ☐ AICD ☐ AICD/Pacemaker

**HEMODYNAMIC MONITORING** ☐ N/A
Arterial LINE via: Rt Radial ☒ Insertion Date 12/22
☒ Distal Circulation Intact
☒ Square Wave test completed
PULM ART CATH via: N/A  Balloon inflation for PCWP: N/A ☐ Square Wave test completed ☐ Insertion Date ___

**PULMONARY**
Respirations: ☒ Symmetrical ☒ Nonlabored ☐ Labored ☐ Accessory Muscle Use ☐ Other*
Breath Sounds: ☒ Bilaterally Clear ☐ Other* ☐ Wheezes* ☐ Rales* ☐ Diminished* ☐ Rhonchi* ☐ Absent*
Airway: Endotracheal ☐ Oral ☐ Nasal  Size: ___ Level: ___
Trachea ☐ Trach Care  Size: ___
☐ Ventilator ☐ VAP Bundle ☐ Settings Checked Against Orders ☐ Noninvasive Ventilator
☒ Cannula 3LNC ☐ Mask ___ ☐ T-Piece ☐ Other ___
Cough: ☐ Requires Suctioning* ☐ Productive ☐ Nonproductive
Chest Tubes Anterior ☒ N/A ☐ Right ☐ Left ☐ Gravity ☐ Low Cont. Suction +___cm ☐ No Air Leak ☐ Fluctuates with Respirations
Chest Tubes Posterior ☒ N/A ☐ Right ☐ Left ☐ Gravity ☐ Low Cont. Suction +___cm ☐ No Air Leak ☐ Fluctuates with Respirations

**GASTROINTESTINAL**
NGT ☐ To Suction ☐ To Gravity ☐ Peg
☐ Clamped ☐ Placement Checked ☐ Other ___
Drainage Color: ___ ☐ Green ☐ Brown ☒ Other Serosang
Abdomen: ☒ Soft ☐ Tender  Bowel Sounds: HCPO
☐ Distended ☐ Other* ☐ Absent* ☒ Present
Incontinent: ☐ Stool ☐ Fecal Incontinent System ___ Ostomy

PAIN SCALE (0-10): 0
Location: ___  Quality: ___

**SKIN** ☒ Warm ☒ Dry ☐ Other*
Pressure Ulcer: ☐ Yes* ☒ No
☒ Turned at least every 2 hours ☐ Moves independently

**PRECAUTIONS** ☐ Seizure ☐ Aspiration ☐ Other* ☒ High Risk

**GENITOURINARY** ☐ Voiding ☐ Incontinent ☒ Foley care ☐ Other* ☐ Foley D/C'd* ☒ Due to void
Urine: ☒ Clear ☐ Cloudy ☒ Yellow ☐ Concentrated ☐ Hematuria
Dialysis: ☐ Peritoneal ☐ Hemodialysis

Isolation: ☐ Airborne ☐ Droplets ☐ Contact

*RN note required

Pupil Size (mm): 2 3 4 5 6 7 8 9

RN Signature: [signature] RN
Print Name: Josiane [illegible] RN

**Lutheran Medical Center**
Brooklyn, New York 11220
Side 3 of 4

## Critical-Care/Progressive Care Nursing Record

**Patient Information Label**
MR #:
Acct #:
Name: VINSON, STEPHEN
Sex: M   DOB:
Admit Date: 12/22/2013
Loc: SCU 4202P   Ch Loc:
Dr: 9928 TRAUMA, NEMR

**IMPORTANT:**
1. Provider, sign your name; enter date and time.
2. DO NOT USE the following abbreviations: U, IU, QD, QOD, MS, MSO4, MgSO4, μ (write "micro"), use 0.1 not .1 ; use 2 not 2.0

☐ ICU   ☐ MICU   ☒ SICU   ☐ CCU   ☐ Respiratory Stepdown
☐ Intermediate   ☐ PCI Unit   ☐ Post Op

### I. PHYSICAL ASSESSMENT

Date: 27/12   Time: 8P   Shift: ☐ AM ☒ PM   [To be completed at least once per shift]

Activity: BR   ☒ Clinical alarms reviewed and individualized

**NEUROLOGICAL**   ☒ See Neurological Flowsheet
- LOC: Responsiveness: ☒ Alert  ☐ Pain  ☐ Verbal  ☐ Unresponsive
- Orientation: ☒ Person  ☒ Place  ☒ Time
- Speech: ☒ Coherent  ☐ Incoherent  ☐ Slurred  ☐ Aphasic  ☐ Intubated/Trach
- Grips: Right ☒ Moves Spontaneously to Commands  ☒ Strong  ☐ Weak  ☐ Flaccid  ☐ Contracted  ☐ N/A
- Grips: Left ☒ Moves Spontaneously to Commands  ☒ Strong  ☐ Weak  ☐ Flaccid  ☐ Contracted  ☐ N/A
- Pupils: Right ☒ Reactive  ☐ Fixed  ☐ Dilated  ☐ Constricted  ☐ N/A   Size 3mm
- Pupils: Left ☒ Reactive  ☐ Fixed  ☐ Dilated  ☐ Constricted  ☐ N/A   Size 3mm

**CARDIOVASCULAR**   ☐ See Vascular Flowsheet
- DVT Prophylaxis: SCD's  ☒ Mechanical  ☐ Pharmacology
- Edema: ☒ Absent  ☐ Present*
- PULSES: Palpable — RADIAL: ☒ Right ☒ Left   DORSALIS PEDIS: ☒ Right ☒ Left   POST TIBIAL: ☒ Right ☒ Left
- Doppler / Absent: ☐ Right ☐ Left (all)

**PACEMAKER:**  ☐ Temporary Milliamperes N/A   Rate ___   ☐ Permanent  ☐ AICD  ☐ AICD/Pacemaker

**HEMODYNAMIC MONITORING**  ☐ N/A
- Arterial LINE via (R) radial  ☒ Insertion Date 12/22/13
- ☒ Distal Circulation Intact
- ☒ Square Wave test completed
- PULM ART CATH via N/A   Balloon inflation for PCWP ___   ☐ Square Wave test completed
- ☐ Insertion Date ___

**PULMONARY**
- Respirations: ☒ Symmetrical  ☐ Nonlabored  ☐ Labored  ☐ Accessory Muscle Use  ☐ Other*
- Breath Sounds: ☒ Bilaterally Clear  ☐ Other*  ☐ Wheezes*  ☐ Rales*  ☐ Diminished*  ☐ Rhonchi*  ☐ Absent*
- Airway: Endotracheal ☐ Oral ☐ Nasal   Size N/A   Level ___
- Trachea ☐ Trach Care   Size N/A
- ☐ Ventilator  ☐ VAP Bundle  ☐ Settings Checked Against Orders  ☐ Noninvasive Ventilator N/A
- ☒ Cannula 2L O2 NC  ☐ Mask ___  ☐ T-Piece  ☐ Other ___
- Cough N/A  ☐ Requires Suctioning*  ☐ Productive  ☐ Nonproductive
- Chest Tubes Anterior ☒ N/A  ☐ Right ☐ Left  ☐ Gravity  ☐ Low Cont. Suction + ___ cm  ☐ No Air Leak  ☐ Fluctuates with Respirations
- Chest Tubes Posterior ☒ N/A  ☐ Right ☐ Left  ☐ Gravity  ☐ Low Cont. Suction + ___ cm  ☐ No Air Leak  ☐ Fluctuates with Respirations

**GASTROINTESTINAL**
- NGT ☐ To Suction  ☐ To Gravity  ☐ Peg  ☐ Clamped  ☐ Placement Checked  ☐ Other N/A
- Drainage Color: ☐ Green ☐ Brown ☐ Other* N/A
- Abdomen ☒ Soft ☒ Tender  ☐ Distended  ☐ Other*   Bowel Sounds ☐ Absent* ☒ Present
- Incontinent N/A  ☐ Stool  ☐ Fecal Incontinent System
- N/A Ostomy
- PAIN SCALE (0-10): Ø   Location ___   Quality ___

**SKIN**  ☒ Warm   chlorohex. bath   ☒ Dry  ☐ Other*
- Pressure Ulcer: ☐ Yes*  ☐ No
- ☒ Turned at least every 2 hours   bed on opti-rest
- ☐ Moves Independently

**PRECAUTIONS**  ☐ Seizure  ☐ Aspiration  ☐ Other*  ☒ High Risk

**GENITO URINARY**  ☐ Voiding  ☐ Incontinent  ☒ Foley care  ☐ Other*  ☐ Foley D/C'd  ☐ Due to void

Isolation N/A  ☐ Airborne  ☐ Droplets  ☐ Contact
Urine: ☒ Clear ☐ Cloudy ☐ Concentrated ☐ Hematuria   ☒ Yellow
Dialysis: ☐ Peritoneal  ☐ Hemodialysis   N/A

*RN note required   Pupil Size (mm): 2 3 4 5 6 7 8 9

RN Signature: _____ RN
Print Name: Aaron J C RN

RN Signature: ___
Print Name: ___

RN Signature: ___
Print Name: ___

Form 1972 (Rev. 10/15/2010)

SV0211

**Lutheran Medical Center**
Brooklyn, New York 11220
Side 3 of 4

## Critical-Care/Progressive Care Nursing Record

Patient's MR #: [redacted]
Acct #: [redacted]
Name: VINSON, STEPHEN
Sex: M  DOB: [redacted]
Medical R Admit Date: 12/22/2013
Loc: SCU 4202P  Ch Loc:
Dr: 9928 TRAUMA, NEMR
Physician:

Birth Date:

Patient Information Label

**IMPORTANT:**
1. Provider, sign your name; enter date and time.
2. DO NOT USE the following abbreviations: U, IU, QD, QOD, MS, MSO4, MgSO4, μ (write "micro"), use 0.1 not .1 ; use 2 not 2.0

### I. PHYSICAL ASSESSMENT

- [ ] ICU  [ ] MICU  [x] SICU  [ ] CCU  [ ] Respiratory Stepdown
- [ ] Intermediate  [ ] PCI Unit  [ ] Post Op

Date: 28/12/13   Time: 8P   Shift: [ ] AM [x] PM   [To be completed at least once per shift]

Activity: BR     [x] Clinical alarms reviewed and individualized

**NEUROLOGICAL** — [x] See Neurological Flowsheet
- LOC: Responsiveness: [x] Alert [ ] Pain [ ] Verbal [ ] Unresponsive
- Orientation: [x] Person [x] Place [x] Time
- Speech: [x] Coherent [ ] Incoherent [ ] Slurred [ ] Aphasic [ ] Intubated/Trach
- Grips: Right [x] Moves Spontaneously to Commands [x] Strong [ ] Weak [ ] Flaccid [ ] Contracted [ ] N/A
- Grips: Left [x] Moves Spontaneously to Commands [x] Strong [ ] Weak [ ] Flaccid [ ] Contracted [ ] N/A
- Pupils: Right [x] Reactive [ ] Fixed [ ] Dilated [ ] Constricted [ ] N/A  Size 3mm
- Pupils: Left [x] Reactive [ ] Fixed [ ] Dilated [ ] Constricted [ ] N/A  Size 3mm

**CARDIOVASCULAR** — [ ] See Vascular Flowsheet
- DVT Prophylaxis: SCD's [x] Mechanical [ ] Pharmacology
- Edema: [x] Absent [ ] Present*
- PULSES: Palpable
  - RADIAL: [x] Right [x] Left
  - DORSALIS PEDIS: [x] Right [x] Left
  - POST TIBIAL: [x] Right [x] Left
- Doppler / Absent*: all N/A

**PACEMAKER:** N/A
- [ ] Temporary Milliamperes ___ Rate ___
- [ ] Permanent [ ] AICD [ ] AICD/Pacemaker

**HEMODYNAMIC MONITORING** [x] N/A
- Arterial LINE via ___ [ ] Insertion Date ___
- [ ] Distal Circulation Intact
- [ ] Square Wave test completed
- PULM ART CATH via N/A
- Balloon inflation for PCWP ___
- [ ] Square Wave test completed
- [ ] Insertion Date ___

**PULMONARY**
- Respirations: [x] Symmetrical [x] Nonlabored [ ] Labored [ ] Accessory Muscle Use [ ] Other*
- Breath Sounds: [x] Bilaterally Clear [ ] Other* [ ] Wheezes* [ ] Rales* [ ] Diminished [ ] Rhonchi* [ ] Absent*
- Airway: Endotracheal [ ] Oral [ ] Nasal  Size N/A  Level ___
- Trachea [ ] Trach Care  Size N/A
- [ ] Ventilator [ ] VAP Bundle [ ] Settings Checked Against Orders
- [ ] Noninvasive Ventilator  N/A
- [x] Cannula 2 h O2  [ ] Mask ___ [ ] T-Piece [ ] Other ___
- Cough: [ ] Requires Suctioning* N/A  [ ] Productive [ ] Nonproductive
- Chest Tubes Anterior [x] N/A [ ] Right [ ] Left  [ ] Gravity [ ] Low Cont. Suction + ___ cm [ ] No Air Leak [ ] Fluctuates with Respirations
- Chest Tubes Posterior [x] N/A [ ] Right [ ] Left  [ ] Gravity [ ] Low Cont. Suction + ___ cm [ ] No Air Leak [ ] Fluctuates with Respirations

**GASTROINTESTINAL**
- NGT [ ] To Suction [ ] To Gravity [ ] Peg [ ] Other N/A
- Drainage Color: [ ] Green [ ] Brown [ ] Other* N/A
- [ ] Clamped [ ] Placement Checked
- Abdomen [x] Soft [ ] Tender nontender [ ] Other* nondistended [ ] Distended
- Bowel Sounds [ ] Absent* [ ] Present
- Incontinent [ ] Stool [ ] Fecal Incontinent System
- N/A Ostomy

PAIN SCALE (0-10): 0
Location ___  Quality ___

**SKIN**
- [x] Warm  chlorohex. bath  [x] Dry [ ] Other*
- Pressure Ulcer: [ ] Yes* [ ] No
- [x] Turned at least every 2 hours  bed on optirest
- [ ] Moves Independently

**PRECAUTIONS**
- [ ] Seizure [ ] Aspiration [ ] Other*
- [x] High Risk

**GENITOURINARY**
- [ ] Voiding [ ] Incontinent [x] Foley care
- [ ] Other* [ ] Foley D/C'd* [ ] Due to void

Isolation N/A  [ ] Airborne [ ] Droplets [ ] Contact
Urine [x] Clear [ ] Cloudy [x] Yellow [ ] Concentrated [ ] Hematuria
Dialysis [ ] Peritoneal [ ] Hemodialysis  N/A

*RN note required

Pupil Size (mm): 2 3 4 5 6 7 8 9

RN Signature: [signature]
Print Name: Ajuonj Cin wo RN

RN Signature: ___  Print Name: ___
RN Signature: ___  Print Name: ___

Form 1972 (Rev. 10/15/2010)

SV0209

**Lutheran Medical Center**
Brooklyn, New York 11220
Side 3 of 4

## Critical-Care/Progressive Care Nursing Record

Patient: VINSON, STEPHEN
Sex: M
Admit Date:
Loc: SCU 4202P
Dr: 9928 TRAUMA, NEMR

**IMPORTANT:**
1. Provider, sign your name; enter date and time.
2. DO NOT USE the following abbreviations: U, IU, QD, QOD, MS, MSO4, MgSO4, μ (write "micro"), use 0.1 not .1 ; use 2 not 2.0

### I. PHYSICAL ASSESSMENT

Unit: ☐ ICU ☐ MICU ☒ SICU ☐ CCU ☐ Respiratory Stepdown ☐ Intermediate ☐ PCI Unit ☐ Post Op

Date: 12/09/13   Time: 8p   Shift: ☐ AM ☒ PM   [To be completed at least once per shift]

☐ Clinical alarms reviewed and individualized

Activity: OOB → chair

**NEUROLOGICAL** ☒ See Neurological Flowsheet
- LOC: Responsiveness — ☒ Alert ☐ Verbal ☐ Pain ☐ Unresponsive
- Orientation — ☒ Person ☒ Place ☒ Time
- Speech — ☒ Coherent ☐ Incoherent ☐ Slurred ☐ Aphasic ☐ Intubated/Trach
- Grips: Right ☒ Moves Spontaneously to Commands  ☒ Strong ☐ Weak ☐ Flaccid ☐ Contracted ☐ N/A
- Grips: Left ☒ Moves Spontaneously to Commands  ☒ Strong ☐ Weak ☐ Flaccid ☐ Contracted ☐ N/A
- Pupils: Right ☒ Reactive ☐ Fixed ☐ Dilated ☐ Constricted ☐ N/A   Size: 3mm
- Pupils: Left ☒ Reactive ☐ Fixed ☐ Dilated ☐ Constricted ☐ N/A   Size: 3mm

**CARDIOVASCULAR** ☐ See Vascular Flowsheet
- DVT Prophylaxis: ☒ Mechanical ☐ Pharmacology
- Edema: ☐ Absent ☐ Present*
- PULSES: Palpable
  - RADIAL: ☒ Right ☒ Left
  - DORSALIS PEDIS: ☒ Right ☒ Left
  - POST TIBIAL: ☒ Right ☒ Left
- Doppler: ☐ Right ☐ Left / ☐ Right ☐ Left / ☐ Right ☐ Left
- Absent*: ☐ Right ☐ Left / ☐ Right ☐ Left / ☐ Right ☐ Left

PACEMAKER: ☐ Temporary Milliamperes ___ Rate ___ ☐ Permanent ☐ AICD ☐ AICD/Pacemaker

**HEMODYNAMIC MONITORING** ☒ N/A
- Arterial LINE via ___   ☐ Insertion Date ___
- ☐ Distal Circulation intact
- ☐ Square Wave test completed
- PULM ART CATH via N/A   Balloon inflation for PCWP ___   ☐ Insertion Date ___
- ☐ Square Wave test completed

**PULMONARY**
- Respirations: ☒ Symmetrical ☒ Nonlabored ☐ Labored ☐ Accessory Muscle Use ☐ Other*
- Breath Sounds: ☒ Bilaterally Clear ☐ Other* ☐ Wheezes* ☐ Rales* ☐ Diminished* ☐ Rhonchi* ☐ Absent*
- Airway: Endotracheal ☐ Oral ☐ Nasal   Size ___ Level ___
- Trachea ☐ Trach Care   Size ___
- ☐ Ventilator ☐ VAP Bundle ☐ Settings Checked Against Orders ☐ Noninvasive Ventilator
- ☐ Cannula ___ ☐ Mask ___ ☐ T-Piece ___ ☒ Other: Room Air
- Cough: ☐ Requires Suctioning* ☐ Productive ☐ Nonproductive
- Chest Tubes Anterior ☒ N/A  ☐ Right ☐ Left  ☐ Gravity ☐ Low Cont. Suction + ___ cm ☐ No Air Leak ☐ Fluctuates with Respirations
- Chest Tubes Posterior ☒ N/A  ☐ Right ☐ Left  ☐ Gravity ☐ Low Cont. Suction + ___ cm ☐ No Air Leak ☐ Fluctuates with Respirations

**GASTROINTESTINAL**
- NGT ☐ To Suction ☐ To Gravity ☐ Peg ☐ Clamped ☐ Placement Checked ☒ Other: NPO x meds
- Drainage Color: ☐ Green ☐ Brown ☒ Other: JP + Blake — Serous
- Abdomen ☒ Soft ☐ Tender ☐ Distended ☐ Other*
- Bowel Sounds: ☐ Absent* ☒ Present
- Incontinent: ☐ Stool ☐ Fecal Incontinent System   Ostomy ___

PAIN SCALE (0-10): 2/10   Location: abd   Quality: achey

**SKIN**
- ☒ Warm ☒ Dry ☐ Other*
- Pressure Ulcer: ☐ Yes* ☒ No
- ☒ Turned at least every 2 hours ☐ Moves Independently

**PRECAUTIONS**: ☐ Seizure ☐ Aspiration ☐ Other* ☒ High Risk

**GENITO URINARY**: ☐ Voiding ☐ Incontinent ☒ Foley care ☐ Other* ☐ Foley D/C'd* ☐ Due to void
- Urine: ☒ Clear ☐ Cloudy ☒ Yellow ☐ Concentrated ☐ Hematuria
- Dialysis: ☐ Peritoneal ☐ Hemodialysis

Isolation: ☐ Airborne ☐ Droplets ☐ Contact

*RN note required

Pupil Size (mm): 2 3 4 5 6 7 8 9

RN Signature: T. Lennon, RN
Print Name: T. Lennon, RN

Form 1972 (Rev. 10/15/2010)

SV0201

Lutheran Medical Center
Brooklyn, New York 11220
Side 3 of 4

## Critical-Care/Progressive Care Nursing Record

**IMPORTANT:**
1. Provider, sign your name; enter date and time.
2. DO NOT USE the following abbreviations: U, IU, QD, QOD, MS, MSO4, MgSO4, μ (write "micro"), use 0.1 not .1; use 2 not 2.0

Patient's Name: (label)
MR #:
Acct #:
Medical Record Name: VINSON, STEPHEN
Sex: M   DOB:
Admit Date: 12/22/2013
Loc: SCU 4202P   Ch Loc:
Physician's Name: Dr: 9828 TRAUMA, NEMR

### I. PHYSICAL ASSESSMENT

Date: 12/30/13   Time: 8A   Shift: ☒AM ☐PM [To be completed at least once per shift]

Activity: _____

☐ ICU  ☐ MICU  ☒ SICU  ☐ CCU  ☐ Respiratory Stepdown
☐ Intermediate  ☐ PCI Unit  ☐ Post Op

☒ Clinical alarms reviewed and individualized

### NEUROLOGICAL
- ☐ See Neurological Flowsheet
- LOC: Responsiveness — ☒ Alert  ☐ Verbal  ☐ Pain  ☐ Unresponsive
- ☒ Moves Spontaneously to Commands
- Orientation: ☒ Person  ☒ Place  ☒ Time
- Speech: ☒ Coherent  ☐ Incoherent  ☐ Slurred  ☐ Aphasic  ☐ Intubated/Trach
- Grips: Right — ☒ Strong  ☐ Weak  ☐ Flaccid  ☐ Contracted  ☐ N/A
- Grips: Left — ☒ Moves Spontaneously to Commands / ☒ Strong  ☐ Weak  ☐ Flaccid  ☐ Contracted  ☐ N/A
- Pupils: Right — ☒ Reactive  ☐ Fixed  ☐ Dilated  ☐ Constricted  ☐ N/A   Size: 3mm
- Pupils: Left — ☒ Reactive  ☐ Fixed  ☐ Dilated  ☐ Constricted  ☐ N/A   Size: 3mm

### CARDIOVASCULAR
- ☐ See Vascular Flowsheet
- DVT Prophylaxis: ☒ Mechanical  ☐ Pharmacology
- Edema: ☒ Absent  ☐ Present*
- PULSES: Palpable / Doppler / Absent*
  - RADIAL: ☒ Right  ☒ Left / ☐ Right ☐ Left / ☐ Right ☐ Left
  - DORSALIS PEDIS: ☒ Right  ☒ Left / ☐ Right ☐ Left / ☐ Right ☐ Left
  - POST TIBIAL: ☒ Right  ☒ Left / ☐ Right ☐ Left / ☐ Right ☐ Left
- PACEMAKER: ☐ Temporary Milliamperes ___ Rate ___  ☐ Permanent  ☐ AICD  ☐ AICD/Pacemaker

### HEMODYNAMIC MONITORING  ☒ N/A
- Arterial LINE via ___  ☐ Insertion Date ___
- ☐ Distal Circulation Intact
- ☐ Square Wave test completed
- PULM ART CATH via ___  ☐ Insertion Date ___
- Balloon inflation for PCWP ___
- ☐ Square Wave test completed

### PULMONARY
- Respirations: ☒ Symmetrical  ☐ Nonlabored  ☐ Labored  ☐ Accessory Muscle Use  ☐ Other*
- Breath Sounds: ☒ Bilaterally Clear  ☐ Other*  ☐ Wheezes*  ☐ Rales*  ☐ Diminished*  ☐ Rhonchi*  ☐ Absent*
- Airway: Endotracheal ☐ Oral ☐ Nasal   Trachea ☐ Trach Care
- Size ___ Level ___ Size ___
- ☐ Ventilator  ☐ VAP Bundle  ☐ Settings Checked Against Orders
- ☐ Cannula ___  ☐ Mask ___  ☐ Noninvasive Ventilator
- ☐ T-Piece ___  ☒ Other Room air
- Cough: ☐ Requires Suctioning*  ☐ Productive  ☒ Nonproductive
- Chest Tubes Anterior ☒ N/A  ☐ Right  ☐ Left
- Chest Tubes Posterior ☒ N/A  ☐ Right  ☐ Left
- ☐ Gravity  ☐ Low Cont. Suction + ___ cm  ☐ Fluctuates with Respirations
- ☐ No Air Leak
- ☐ Gravity  ☐ Low Cont. Suction + ___ cm  ☐ Fluctuates with Respirations
- ☐ No Air Leak

### GASTROINTESTINAL
- NGT  ☐ To Suction  ☐ To Gravity  ☐ Peg
- ☐ Clamped  ☐ Placement Checked  ☒ Other NPO
- Drainage Color: ☐ Green  ☐ Brown  ☐ Other*
- Abdomen: ☒ Soft  ☐ Tender  ☐ Distended  ☐ Other*
- Bowel Sounds: ☐ Absent*  ☒ Present
- Incontinent: ☐ Stool  ☐ Fecal Incontinent System  ___ Ostomy
- PAIN SCALE (0-10): 0/10
- Location ___  Quality ___

### SKIN
- ☒ Warm  ☒ Dry  ☐ Other*
- Pressure Ulcer: ☐ Yes*  ☒ No
- ☐ Turned at least every 2 hours
- ☒ Moves Independently

### PRECAUTIONS
- ☐ Seizure  ☐ Aspiration  ☐ Other*  ☒ High Risk

### GENITO URINARY
- ☐ Voiding  ☐ Incontinent  ☒ Foley care
- ☐ Other*  ☐ Foley D/C'd*  ☐ Due to void
- Urine: ☒ Clear  ☐ Cloudy  ☒ Yellow  ☐ Concentrated  ☐ Hematuria
- Dialysis: ☐ Peritoneal  ☐ Hemodialysis

Isolation: ☐ Airborne  ☐ Droplets  ☐ Contact

*RN note required   Pupil Size (mm): 2 3 4 5 6 7 8 9

RN Signature: J. Couvertier RN
Print Name: J. Couvertier RN

RN Signature: ___
Print Name: ___

RN Signature: ___
Print Name: ___

Form 1972 (Rev. 10/15/2010)

SV0199