# EXHIBIT 6


Lutheran HealthCare.

Printed: 09/13/2014 09:44     **MEDICAL RECORD**     Page 100 of 588

Medical Record from Lutheran Medical Center 150 55th Street, Brooklyn, NY 11220

| | | |
|---|---|---|
| Name: VINSON,STEPHEN | MRN: ▓▓▓▓ | Acct Number: ▓▓▓▓ |
| Sex: M | DOB: ▓▓▓▓ | |
| Admit Date: 12/22/2013 02:14 | Discharge Date: 01/03/2014 18:41 | Attending Physician: TRAUMA,NEMR |

### Progress Notes

**TITLE: MD: DAILY PROGRESS NOTE**

Output monitoring
Does the patient have a central line / PICC line?
The patient has a central line catheter.
Indication: CVP measurement
ASSESSMENT
patient stable.
PLAN
OOB to chair with TLSO brace and physical therapy.

OTTLEY ROLAND
Signed: DEC 28, 2013 10:52:25

---

**TITLE: MD: INTERIM NOTE**

VISIT DATE: DEC 22, 2013 02:51:00
DATE OF NOTE: DEC 28, 2013 16:14:00
ENTRY DATE: DEC 28, 2013 16:14:31
AUTHOR: NICOLOFF,NICK     TITLE OF AUTHOR: PHYSICIAN ASSISTANT
URGENCY:     EXP COSIGNER:
STATUS: COMPLETED

INTERIM NOTE
A 25 y/o male s/p multiple GSW to the abdomen, s/p urinary bladder
repair, JP still in place, labs reviewed, VVS,AF, foley w clear urine,
plan- cont present therapy, f/u attending

NICOLOFF NICK
Signed: DEC 28, 2013 16:18:17

---

**TITLE: MD: INTERIM NOTE**

VISIT DATE: DEC 22, 2013 02:51:00
DATE OF NOTE: DEC 29, 2013 11:28:00
ENTRY DATE: DEC 29, 2013 11:28:57
AUTHOR: VERBUCH,ROBERT     TITLE OF AUTHOR: PHYSICIAN ASSISTANT
URGENCY:     EXP COSIGNER:
STATUS: COMPLETED

INTERIM NOTE

 Lutheran HealthCare.

| Printed: 09/13/2014 09:44 | MEDICAL RECORD | Page 101 of 588 |

Medical Record from Lutheran Medical Center 150 55th Street, Brooklyn, NY 11220

**Name:** VINSON,STEPHEN  **MRN:** ▮  **Acct Number:** ▮
**Sex:** M  **DOB:** ▮
**Admit Date:** 12/22/2013 02:14  **Discharge Date:** 01/03/2014 18:41  **Attending Physician:** TRAUMA,NEMR

### Progress Notes

**TITLE : MD: INTERIM NOTE**

neurosurgery note: no acute events last night.less of pain in low
back,requering less pain meds.VSs afebrile,maex4 ms 4/5 lle/5/5
rle,dressing c/d/i, jp output 60cc/24 hrs A s/p posterior stabilization
l2-l4
A stable pod#2
P oob with tlso brace diet as per surgery PT evaluation

VERBUCH ROBERT
Signed : DEC 29, 2013 11:34:24

---

**TITLE : MD: DAILY PROGRESS NOTE**
VISIT DATE : DEC 22, 2013 02:51:00
DATE OF NOTE : DEC 30, 2013 09:33:00
ENTRY DATE : DEC 30, 2013 09:33:37
AUTHOR : ANDREWS,EDDISON          TITLE OF AUTHOR : PHYSICIAN ASSISTANT
URGENCY :                          EXP COSIGNER :
STATUS : COMPLETED

DAILY PROGRESS NOTE

\*\*\*\*\*\*\*\*PA neurosurgery Progress Note \*\*\*\*\*\*\*\*

Hospital Day#: 8

Subject/Overnight event:
patient seen and examined today he is awake alert and oriented x 3 nad

Active Inpatient Medications (including Supplies):

Active Inpatient Medications Status
=====================================================
===
1) Acetaminophen SUPP,RTL 325MG [GEQ: 650MG RECTAL Q6H ACTIVE
PRN DO NOT EXCEED 3 GRAMS OF ACETAMINOPHEN TOTAL
PER DAY. fever
2) Bisacodyl SUPP,RTL 10MG [GEQ: DULCOLAX] 10MG RECTAL ACTIVE
DAILY

 Lutheran HealthCare

Printed: 09/13/2014 09:44             **MEDICAL RECORD**             Page 103 of 588

| Medical Record from Lutheran Medical Center 150 55th Street, Brooklyn, NY 11220 | | |
|---|---|---|
| Name : VINSON,STEPHEN | MRN : ███████ | Acct Number : ███████ |
| Sex : M | DOB : ███████ | |
| Admit Date : 12/22/2013 02:14 | Discharge Date : 01/03/2014 18:41 | Attending Physician : TRAUMA,NEMR |

### Progress Notes

**TITLE : MD: DAILY PROGRESS NOTE**
LYMPHATICS: No LAD
BREASTS: symmetrical
LUNGS: CTA bilaterally
CHEST: No chest wall tenderness.
HEART: RRR, no murmurs/rubs/gallops
ABDOMEN:
Comment: wound CDI staples intact
GU/RECTAL: Deferred
MUSCULOSKELETAL: Full range of motion in all joints without synovitis
Comment: RLE weakness
BACK:
Comment: wound CDI dressing changed JP drain D/Ced
EXTREMITIES: No edema/clubbing/cyanosis; no calf tenderness, 2+ distal
pulses. No joint tenderness. Full active ROM.
NEURO
Alertness: Awake
Orientation:
to person, to place, to time
Cranial nerves II-XII intact , No gross sensory or motor deficits ,
DTR normal and symmetrical, No abnormal cerebellar signs, No
involuntary movements
LABORATORY DATA/RADIOLOGY/EKG
LAB
CBC

SCLU - CBC
Collection DT Spec WBC HGB HCT MCV PLTCNT
12/30/2013 02:55 BLOOD 13.3 H 8.3 L 27.3 L 90.1 372
BMP

SCLU - BMP
Collection DT Spec BUN CO2 CA CL CREAT
GLUCOSE KSER
12/30/2013 02:55 SERUM 11 30 7.9 L 103 0.50 119
H 4.3

Collection DT Spec NA AGAP
12/30/2013 02:55 SERUM 140 7
LFT

 Lutheran HealthCare.

Printed: 09/13/2014 09:44     **MEDICAL RECORD**     Page 105 of 588

| Medical Record from Lutheran Medical Center 150 55th Street, Brooklyn, NY 11220 | | |
|---|---|---|
| Name : VINSON,STEPHEN | MRN : ▓▓▓▓ | Acct Number : ▓▓▓▓ |
| Sex : M | DOB : ▓▓▓▓ | |
| Admit Date : 12/22/2013 02:14 | Discharge Date : 01/03/2014 18:41 | Attending Physician : TRAUMA,NEMR |

**Progress Notes**

**TITLE : MD: DAILY PROGRESS NOTE**

********PA urology Progress Note ********

Hospital Day#: 8


Subject/Overnight event:
pt is comfortable at bedside resting , c/o ocasional abdominal pain
eliviated wit pain meds, reports flatus


Active Inpatient Medications (including Supplies):

Active Inpatient Medications Status
════════════════════════════════════════════════════════

1) Acetaminophen SUPP,RTL 325MG [GEQ: 650MG RECTAL Q6H ACTIVE
PRN DO NOT EXCEED 3 GRAMS OF ACETAMINOPHEN TOTAL
PER DAY. fever
2) Dextrose 5%/NaCl 0.45%/KCL 20mEq/L INJ,SOLN In ACTIVE
DEXTROSE 5%/NS 0.45%/KCL 20MEQ 1000 ML 125 ml/hr
3) Famotidine 20mg / 50mL NS IVPB INJ,SOLN FAMOTIDINE ACTIVE
20MG/50ML NS 20 MG INFUSE OVER 30 MIN. if CrCl is
less than 50ml/min
4) Heparin INJ,SOLN 5000UNIT/ML 5000UNT/1ML SC Q8H ACTIVE
5) Insulin, Regular Human INJ [GEQ: SLIDING SCALE SC ACTIVE
Q6H if patient is NPO with IV Dextrose or
Continuous Tube Feeding. BG 180-250=2 Units,
251-300=4 Units, 301-350=6 Units, 351-400=8 Units.
BG <70 or >400: Call MD.
6) METOprolol Tartrate INJ 1MG/ML [GEQ: 5MG/5ML IV Q6H ACTIVE
Hold if SBP less than or equal to 100 or HR less
than or equal to 60
7) ceFAZolin INJ CEFAZOLIN [M] (ANCEF) 2 GM In DEXTROSE ACTIVE
5% [L] 50 ML INFUSE OVER 60 MIN.
8) oxyCODONE IMMEDIATE Release TAB 5MG 5MG PO Q6H PRN ACTIVE
pain
9) oxyCODONE SUSTAINED Release TAB,SA 10MG 10MG PO Q12H ACTIVE
Do not cut, crush, or chew medication. Do not cut,
crush, or chew medication.


Lutheran HealthCare.

| Printed: 09/13/2014 09:44 | MEDICAL RECORD | Page 108 of 588 |

Medical Record from Lutheran Medical Center 150 55th Street, Brooklyn, NY 11220

| Name: VINSON,STEPHEN | MRN: ▓▓▓▓ | Acct Number: ▓▓▓▓ |
| Sex: M | DOB: ▓▓▓▓ | |
| Admit Date: 12/22/2013 02:14 | Discharge Date: 01/03/2014 18:41 | Attending Physician: TRAUMA,NEMR |

### Progress Notes

**TITLE : MD: DAILY PROGRESS NOTE**

!! Indicates COMMENTS AVAILABLE...Refer to Interim Lab Report.
Does the patient have a foley catheter?
Patient has a foley catheter. Indication:
Urologic surgery or contiguous structures
Does the patient have a central line / PICC line?
No
ASSESSMENT
s/p exlap for sbr, right renal laceration repair, left orif
PLAN
as per dr. giasullo recom , may d/c jp at right abd, site due to low
output and obtain the repeat ct a/p for eval of resolution of hematoma,
this was d/w surgical resident covering will f/u with attending after
ct results and provide further recom

MIKITCHUK MARINA
Signed : DEC 30, 2013 10:54:07

---

**TITLE : MD: DAILY PROGRESS NOTE**
VISIT DATE : DEC 22, 2013 02:51:00
DATE OF NOTE : DEC 31, 2013 08:29:00
ENTRY DATE : DEC 31, 2013 08:29:49
AUTHOR : AWAI,NIGEL                         TITLE OF AUTHOR : PHYSICIAN ASSISTANT
URGENCY :                                   EXP COSIGNER :
STATUS : COMPLETED

DAILY PROGRESS NOTE

********PA Urology Progress Note ********

Hospital Day#: 9

Subject/Overnight event:
Pt laying comfortably in bed. No c/o pain + flatulus. Denies flank and
abd pain,calf pain SOB,CP. JP was d/c'd

Active Inpatient Medications (including Supplies):

 Lutheran HealthCare.

Printed: 09/13/2014 09:44     **MEDICAL RECORD**     Page 111 of 588

Medical Record from Lutheran Medical Center 150 55th Street, Brooklyn, NY 11220

| | | |
|---|---|---|
| Name: VINSON,STEPHEN | MRN: ▬ | Acct Number: ▬ |
| Sex: M | DOB: ▬ | |
| Admit Date: 12/22/2013 02:14 | Discharge Date: 01/03/2014 18:41 | Attending Physician: TRAUMA,NEMR |

**Progress Notes**

**TITLE : MD: DAILY PROGRESS NOTE**
Does the patient have a foley catheter?
Patient has a foley catheter. Indication:
Output monitoring, Urologic surgery or contiguous structures
Does the patient have a central line / PICC line?
No
PLAN
1 Monitor U/O 2 Incentive Spirometry 3 Cont IV ABX 4 Pain Meds PRN 5
B/L venodynes 6 Will discuss further plan w/ Dr Giasullo

AWAI NIGEL
Signed : DEC 31, 2013 08:42:28

**TITLE : MD: DAILY PROGRESS NOTE**
VISIT DATE : DEC 22, 2013 02:51:00
DATE OF NOTE : DEC 31, 2013 09:34:00
ENTRY DATE : DEC 31, 2013 09:34:20
AUTHOR : ANDREWS,EDDISON     TITLE OF AUTHOR : PHYSICIAN ASSISTANT
URGENCY :     EXP COSIGNER :
STATUS : COMPLETED

DAILY PROGRESS NOTE

\*\*\*\*\*\*\*\*PA neurosurgery Progress Note \*\*\*\*\*\*\*\*

Hospital Day#: 9

Subject/Overnight event:
patient seen and examined today in bed resying alert and oriented x 3
nadno new complaints

Active Inpatient Medications (including Supplies):

Active Inpatient Medications Status
=====================================================
===
1) Acetaminophen SUPP,RTL 325MG [GEQ: 650MG RECTAL Q6H ACTIVE
PRN DO NOT EXCEED 3 GRAMS OF ACETAMINOPHEN TOTAL