# EXHIBIT 7

OLPA - Online Arrest Processing: ███████████ VINSON, STEPHEN</... Page 1 of 4

**NYSID :** 05361680J
**Fax Num:** KO080940
**Court Part:** APAR1
**Docket Num:** 2014KN000375
**Arrest Precinct :** 76
**Arrest Officer :** BONDARENKO, IGOR
**AO Command :** 801
**AO TaxId :** 934511
**AO Rank :** POM
**AO Dept :** N.Y.C. HOUSING AUTHORITY
**Status :** NEW COURT, NEW COURT
**Current Lodging :** SPECIAL HOLDING (KPD)
**Top Charge :** PL 220.03
**Notes On File ?** NO

**Custody Time :** 304 hrs 20 mins
**Arraignment Time :** 2 hrs 31 mins



ARREST
12/22/2013 0345

RECORD CREATE
12/22/2013 0649

NYSID
12/28/2013 0307

DNA BANNER
12/28/2013 0307

PAPERWORK READY -
12/22/2013 1215

AO RELEASE
12/22/2013 1606

COMPLAINT SWORN- FAX
12/22/2013 1606

COMPLAINT RECEIVED
12/22/2013 1607



PLAINTIFF'S EXHIBIT

OLPA - Online Arrest Processing: ▓▓▓▓▓▓▓▓▓▓ VINSON, STEPHEN</... Page 2 of 4



Refresh Picture

## Arraignment Status    ADD

| Activity Name | StartDate/Time | - | EndDate/Time |
|---|---|---|---|
| ARREST | 12/22/2013 0345 | - | |
| RECORD CREATE | 12/22/2013 0649 | - | |
| NYSID | 12/28/2013 0307 | - | |
| DNA BANNER | 12/28/2013 0307 | - | 12/28/2013 0307 |
| PAPERWORK READY | 12/22/2013 1215 | - | |
| AO RELEASE | 12/22/2013 1606 | - | |
| COMPLAINT SWORN | 12/22/2013 1606 | - | |
| COMPLAINT RECEIVED | 12/22/2013 1607 | - | |
| BREAKDOWN | 01/03/2014 0145 | - | |
| PACKAGE TO COURT | 01/03/2014 0146 | - | |
| DOCKETED | 01/03/2014 0857 | - | |
| IRIS CAPTURED | 01/03/2014 1757 | - | |
| ARRAIGNMENT CLOSED | 01/03/2014 2005 | - | |
| ROR | 01/03/2014 2005 | - | |
| NEW COURT | 01/03/2014 0305 | - | |

OLPA - Online Arrest Processing: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ VINSON, STEPHEN</... Page 3 of 4

NEW COURT            01/03/2014 0149   -   ———————  ——

## Lodging Status/History   ADD

| Lodging Name | StartDate/Time | - | EndDate/Time |
|---|---|---|---|
| LUTHERAN MEDICAL CENTER ER | 12/22/2013 0345 | - | 12/22/2013 1212 |
| LUTHERAN MEDICAL CENTER ADMITTED | 12/22/2013 1212 | - | 01/03/2014 1734 |
| SPECIAL HOLDING (KPD) | 01/03/2014 1734 | - | |

## Charges

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| PL 220.03 | M | A | 7 |
| PL 140.10 | M | B | 3 |
| PL 140.10 OF | M | B | 3 |

## Grouped Arrests   Edit

Arrest Id | Arrest Date | NYSID | Defendant NYSID | AO NAME

## Grouped by NYSID

Arrest Id | Arrest Date | NYSID | Defendant NYSID | AO NAME

## Notes   Edit

| Date | Time | Officer Cmd. | Officer Rank | Officer Last Name | Officer First Name | Note |
|---|---|---|---|---|---|---|
| 12/22/2013 | 1539 | 582 | LT | DELANEY | MICHAEL | DEFT REMOVED FROM SCENE TO LMC ER FOR UNK MED REASON(S). SGT CASSIDY PSA#1 DO INSTRUCTED TO NOTIFY BCB WITH AN UPDATE RE: DEFT'S MED COND & LODGING STATUS |
| 12/22/2013 | 1612 | 582 | LT | DELANEY | MICHAEL | AS PER SGT CASSIDY PSA#1 DO DEFT ADMITTED TO LMC FOR GUNSHOT WOUND, RM#4202-ICU/ ADM# 1494300. UNABLE TO PRINT DEFT AT THIS TIME |

4/14/2016

DEF0093

OLPA - Online Arrest Processing: ███████████  VINSON, STEPHEN</...  Page 4 of 4

| Date | Time | | Rank | Last Name | First Name | Notes |
|---|---|---|---|---|---|---|
| 12/23/2013 | 1909 | 582 | POM | GRAHAM | TREAVOR | DEFT ADMITTED/AWAITING ARRAIGNMENT RM#4202-ICU ADM#14943300, UNABLE TO PRINT. |
| 12/24/2013 | 2104 | 582 | POM | GRAHAM | TREAVOR | AS PER SGT. LUIGI PSA1 DESK OFFICER DEFT ADMITTED/AWAITING ARRAIGNMENT RM#4202-ICU ADM#14943300. |
| 12/26/2013 | 0052 | 582 | SGT | ARMSTRONG | MYRTLE | DEFT IS STILL ADMITTED, PER LT AMBROSO DEFT IS UNABLE TO BE PRINTED AT THIS TIME. |
| 12/26/2013 | 1712 | 582 | POM | ANGLIN | ARIEL | DEFT ADM/AWAITING ARRAIGNMENT LT. CAPUANO PSA 1. NTFD THE LT. TO HAVE DEFT INK PRINTED AND FORWORD INK PRINTS TO THE ID SECTION IN HEADQUARTERS |
| 12/26/2013 | 2359 | 582 | POM | GRIFFITH | IAN | AS PER SGT SCHROECK, PSA1 DESK, THE DEFT HAS BEEN INK PRINTED AND PRINTS FORWARDED TO HEADQUARTERS. DEFT IS STILL LODGED AT LMC. |
| 12/27/2013 | 1901 | 582 | POM | ANGLIN | ARIEL | DEFT ADM/AWAITING ARRAIGNMENT SGT LUIZZI PSA 1 |
| 12/28/2013 | 0043 | 582 | SGT | ARMSTRONG | MYRTLE | SGT MORAWECK NTFD THAT ALBANY REJECTED THE HARDCOPY PRINTS. NTFD TO REPRINT DEFT AND FWD TO 1PP. |
| 12/28/2013 | 1715 | 582 | POM | ANGLIN | ARIEL | DEFT ADM/AWAITING ARRAIGNMENT SGT LUIZZI PSA 1 |
| 12/29/2013 | 0016 | 582 | POF | DEDANZINE | VANESSA | DEFT ADM/AWAITING ARRGN, SGT MORAWEK, PSA 1 |
| 12/29/2013 | 2100 | 582 | LT | DELANEY | MICHAEL | DEFT ADM/ AWAITING ARRAIGNMENT AS PER SGT CRAVEN PSA#1 DO |
| 12/30/2013 | 0032 | 582 | POF | DEDANZINE | VANESSA | DEFT ADM/AWAITING ARRGN, SGT SUDSKI, PSA 1 |
| 12/30/2013 | 1845 | 582 | LT | DELANEY | MICHAEL | DEFT ADM/ AWAITING ARRAIGNMENT AS PER SGT PIPER PSA#1 DO |
| 12/31/2013 | 0020 | 582 | POF | DEDANZINE | VANESSA | DEFT ADM/AWAITING ARRGN, SGT SCHROECK, PSA 1 |
| 12/31/2013 | 1853 | 582 | LT | DELANEY | MICHAEL | DEFT ADM /AWAITING ARRAIGNMENT AS PER SGT CRAVEN PSA#1 DO |
| 01/01/2014 | 0700 | 582 | SGT | RICHARDSON | RICARDO | AS PER SGT VASQUEZ PSA1 DESK, THE DEFT IS STILL IN MED CARE AWAITING ARRAIGNMENT, PO GRIFFITH BCS. |
| 01/01/2014 | 2349 | 582 | SGT | RICHARDSON | RICARDO | AS PER SGT SCHROECK DEFT ADM/AWAITING ARRGN |
| 01/02/2014 | 1814 | 582 | POM | GRAHAM | TREAVOR | DEFT ADM/AWAITING ARRAIGNMENT #1494300/ RM 4202 NO CHANGE IN STATUS AS PER SGT SUAREZ PSA 1 DESK OFFICER |
| 01/03/2014 | 0149 | 582 | LT | WEBB | SHARON | CASE DELIVERED TO DOCKET CLERK ROOM FOR BEDSIDE ARRAIGNMENT |